IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CHRISTINE DOUGHTY AND ROBERT DOUGHTY, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 118-118 |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' Stipulation of Voluntary Dismissal with Prejudice. (Doc. 37.) Plaintiff and Defendant consent to dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE.** The Clerk is directed to close this case.

**ORDER ENTERED** at Augusta, Georgia this 14th day of November, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA